UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLYDE McKNIGHT,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent.

C24-2125 TSZ
[related to CR18-16]

ORDER

    Petitioner Clyde McKnight's unopposed motion, docket no. 6, to voluntarily withdraw his motion pursuant to 28 U.S.C. § 2255 and dismiss this case, is GRANTED. This dismissal is with prejudice as to the grounds and arguments raised in petitioner's § 2255 motion. The Clerk is DIRECTED to CLOSE this case, and to send a copy of this Order to all counsel of record and to petitioner pro se.

    IT IS SO ORDERED.

    Dated this 15th day of May, 2025.

                                   Thomas S. Zilly
                                   United States District Judge

ORDER - 1